IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J. BARRETT COMPANY, an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>ELECTRICAL ENLIGHTENMENT INC. and JOHN DOES 1-10,<br><br>      Defendants. | )<br>)<br>) Civil Action No.: 1:14-cv-09503<br>)<br>) **CLASS ACTION**<br>)<br>) Hon. John W. Darrah<br>)<br>) Magistrate Jeffrey T. Gilbert<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S MOTION TO COMPEL**

  NOW COMES Plaintiff, J. BARRETT COMPANY ("Plaintiff"), by and through its attorneys, and hereby moves this Court, to compel Defendant, ELECTRICAL ENLIGHTENMENT INC., to respond to: (1) Plaintiff's First Set of Interrogatories, and (2) Plaintiff's First Requests for Production of Documents. In support thereof, Plaintiff states as follows:

  1.  On February 5, 2015, Plaintiff served Electrical Enlightenment Inc. with Plaintiff's First Set of Interrogatories and Plaintiff's First Requests for Production of Documents via U.S. Mail. A copy of Plaintiff's Interrogatories is attached hereto as Exhibit A, and a copy of Plaintiff's First Requests for Production of Documents is attached hereto as Exhibit B.

  2.  To date, Electrical Enlightenment Inc. has failed to answer Plaintiff's written discovery and has not sought an extension from Plaintiff's counsel.

  3.  On March 18, 2015, Plaintiff's counsel sent an email to Defendant's counsel requesting written discovery be answered by March 25, 2015. A copy of that email is attached hereto as Exhibit C. To date, Defendant's counsel has not responded to same. Plaintiff's

counsel further followed up with a telephone call to Defendant's counsel on March 26-27, 2015.

4. Rule 37(a) of the Federal Rules of Civil Procedure provides that "on notice to the other parties and all affected persons, a party may move for an order compelling disclosure or discovery."

5. This Court should order Electrical Enlightenment Inc. to answer Plaintiff's First Set of Interrogatories and First Requests for Production of Documents, as Plaintiff has properly served these requests, Defendant has failed to timely respond to these requests, and Plaintiff has timely moved to compel.

**WHEREFORE,** Plaintiff, J. Barrett Company, respectfully requests that the Court order Electrical Enlightenment Inc. to answer: (1) Plaintiff's First Set of Interrogatories, and (2) Plaintiff's First Requests for Production of Documents, within 14 days, and for any other relief this Court deems just in the premises.

> Respectfully submitted,
>
> J. BARRETT COMPANY, an Illinois corporation, individually and as the representative of a class of similarly-situated persons
>
> Respectfully submitted,
>
> s/ Brian J. Wanca
> Brian J. Wanca
>
> ANDERSON + WANCA
> 3701 Algonquin Road, Suite 760
> Rolling Meadows, IL 60008
> rkelly@andersonwanca.com
> Telephone: (847) 368-1500
> Facsimile: (847) 368-1501
> *ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      s/ Brian J. Wanca