UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

J. Barrett Company

                                          Plaintiff,

v.                                                                      Case No.: 1:14–cv–09503
                                                                     Honorable John W. Darrah

Electrical Enlightenment Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Initial status hearing held on 4/30/15 and continued to 8/25/15 at 10:00 a.m. Plaintiff reports that, per Rule 56(d) of the Federal Rules of Civil Procedure, before Plaintiff responds to Defendant's Motion for Summary Judgment, it wants to know how Defendant obtained Plaintiff's fax number. Plaintiff will serve an interrogatory on that issue by 5/1/15. Defendant will respond to Plaintiff's interrogatory by 5/8/15. Although the Court does not believe it needs to give Plaintiff leave to serve a Rule 45 subpoena, at Plaintiff's request, it is given leave to serve a subpoena on Wesfax, the broadcaster of the fax transmissions at issue in this case. In the event the parties cannot agree on what, if any, additional discovery will proceed while Defendant's motion for summary judgment is under advisement, the aggrieved party should notice an appropriate motion for decision by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.